**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name __Harris     CarL     E__

   (Last)         (First)         (Initial)

Prisoner Number __#07071 1566     # D0D877__

Institutional Address __885   N. SAN  Pedro st__

__San  Jose  Ca, 95110__

FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RMW**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**(PR)**

__CarL EuGENE HARRIS__
(Enter the full name of plaintiff in this action.)

**CV 08          1091**

vs.

__E. Flores__
__Chief  of  Corrections__

(Enter the full name of the defendant(s) in this action))

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   <u>Exhaustion of Administrative Remedies</u>

   [**Note:** You must exhaust your administrative remedies before your claim can go

   forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement __SANTA CLARA  County  JAIL__

   B.   Is there a grievance procedure in this institution?

         YES (✓)   NO ( )

   C.   Did you present the facts in your complaint for review through the grievance

   procedure?

         YES (✓)   NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT          - 1 -

1    appeal at each level of review. If you did not pursue a certain level of appeal,

2    explain why.

3    1. Informal appeal **#71778 Date 12-20-07**

4    **TIME 1216 HRS, RESPONSE CONTRARY**

5    **TO WHAT happened.** _____ 2. First

6    formal level **By Passed**

7    _____

8    _____

9    3. Second formal level **# 71778 Date 12-27-07**

10    **Didn't agree with response.**

11    _____ 4 Third

12    formal level **# 71778 Date 1-20-08**

13    **Response Returned to PLAINTIFF**

14    _____

15    E.    Is the last level to which you appealed the highest level of appeal available to

16        you?

17        YES (✓)    NO ( )

18    F.    If you did not present your claim for review through the grievance procedure,

19    explain why. _____ **N/A** _____

20    _____

21    _____

22    II.    Parties

23    A.    Write your name and your present address. Do the same for additional plaintiffs,

24        if any.

25    **CarL E. Harris #D0D077**

26    **885 N. San Pedro St**

27    **San Jose Ca, 95110**

28    B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT        - 2 -

1  place of employment.
2  E. Flores, Chief of Corrections for
3  Santa Clara County

4

5

6                                                    III.

7  Statement of Claim

8       State here as briefly as possible the facts of your case.  Be sure to describe how each

9  defendant is involved and to include dates, when possible.  Do not give any legal arguments or

10  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

11  separate numbered paragraph.

12  Santa Clara County Jail Main Kitchen
13  System is Practicing unsafe food
14  Processing. They are Serving food that
15  is days or weeks old and there's
16  no indication if the food has been
17  Properly Stored. I've gotten sick
18  3 times from eating Meats contained
19  in lunches that were days old.
20  No immediate resolution has been
21  taken. General Responses are giving
22  with No indication the Problem is
23  actually resolved. This is Cruel & Unusual
24  Punishment.

25  IV.   Relief

26       Your complaint cannot go forward unless you request specific relief.  State briefly exactly

27  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

28  FoR The Santa Clara County Main

COMPLAINT                        - 3 -

Jail Kitchen to be inspected once a
Month Until the Kitchen is Brought
within the Relm of Safety.
To Be Compensated for unnecessary
Sickness as the Court deems fit.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___11___ day of __February__, 20 08

_____

(Plaintiff's signature)

COMPLAINT                                    - 4 -

Jail [✓]  
a Jail South [ ]  
rth County Jail [ ]

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

# 71778

Elmwood [ ]  
CCW [ ]  
WRC [ ]

| INMATE'S NAME: Harris C. | BOOKING NUMBER: 07071566 | HOUSING UNIT: 5C-32 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: ON 12-20-07, I was given a Lunch that Contain food items from the Previous day (12-19-07) ie. Spoiled meat, Bread, Peas&Carrots, Pear etc. I immediately notified the C/o, allowed him to observe the Contents, and it was discovered that the "Kitchen" Sent these numerous day old Lunches to the Population in 5C. I went hungry Because of this.

WHAT SOLUTION ARE YOU RECOMMENDING?: For The Kitchen To Be Counseled about Proper food Safety. For The Kitchen To provide me with a Lunch or Dinner.

Your Signature: _____ Date: 12/20/07 Time: 12:00 AM/**PM**
(Do NOT write below this line. Use additional sheets if necessary)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Received from Inmate on:
Day: THURSDAY Date: 12/20/07 Time: 1216 HRS Officer: FLORES #2712  Team: B

RESPONDING OFFICER'S STATEMENT (Please print): LUNCHES WERE SERVED IN A TIMELY MANNER, LUNCHES STAY REFRIGERATED UNTIL THERE READY TO BE SERVED WHEN YOU SHOWED ME YOUR LUNCH NOTHING ✗ LOOKED OR SMELT LIKE IT WAS SPOILED.

[X] Resolved [ ] Refer to Level II

Officer's Name: M #2712 _____ Team: B Date: 12/21/07

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPERVISOR'S ACTION: COPY

[ ] Resolved [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: ___/___/___

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPPORT SERVICE RESPONSE: Unit Assigned: Food Service Date Assigned: ___/___/___
Date Due: 12/27/07

This incident will be investigated further. Food Service Unit follows food safety procedures at all times. If this happens again, please save the meal or food items + report to the C/O. C/O can call kitchen so a representative can be sent to investigate & salvage the meal if needed.

Response by: Au Senior RD Title: Dietita Date: 1/22/08 Time: 3:42 p.m

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed _____

SIGNATURE: L. Hartzell Date: 1/26/08 Time: 0800

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RESPONSE RETURNED TO INMATE: Date: 01/28/08 Time: _____ By: _____

Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

6885 REV 7/92

# Proof of Service

Carl Eugene Harris

V                                        Case No. _____

E. Flores
Chief of Corrections

I am a Citizen of the United States, Residing in County of Santa Clara, State of California. I am over the age of 18 years and a Party to the above-entitled action. My address is 885 N. San Pedro St San Jose Ca, 95110.

On February 12, 2007 I Served the following document(s) to the Court By the Method of U.S. Mail at the Santa Clara County Main Jail Mail System. All Copies were Sealed.

Clerk of The United States
District Court Norther Ca.
450 Golden Gate Ave Box 36060
San Francisco, CA, 91102

I declare Under Penalty of Perjury Under the Laws of the State of California that the foregoing is true and Correct and that this declaration was executed on February 12, 2008 in San Jose California.

Carl Eugene Harris

ORIGINAL

JS-44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS** Carl Eugene Harris Jr
885 N San Pedro st
San Jose Ca, 95110

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

In Pro Per

**DEFENDANTS** E. FLORES
Santa Clara County.
Department of correction.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Santa Clara
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)

N/A

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff

[ ] 2 U.S. Government Defendant

[ ] 3 Federal Question
(U.S. Government Not a Party)

[ ] 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] Original Proceeding

[ ] Removed from State Court

[ ] Remanded from Appellate Court

[ ] Reinstated or Reopened

[ ] Transferred from Another district (specify)

[ ] Multidistrict Litigation

[ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ]110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]310 Airplane | [ ]362 Personal Injury Med Malpractice | [ ]620 Other Food & Drug | [ ]423 Withdrawal 28 USC 157 | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]315 Airplane Product Liability | [ ]365 Personal Injury Product Liability | [ ]625 Drug Related Seizure of Property 21 USC 881 | | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument | [ ]320 Assault Libel & Slander | [ ]368 Asbestos Personal Injury Product Liability | [ ]630 Liquor Laws | **PROPERTY RIGHTS** | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment & Enforcement of Judgment | [ ]330 Federal Employers Liability | **PERSONAL PROPERTY** | [ ]640 RR & Truck | [ ]820 Copyrights | [ ]460 Deportation |
| [ ]151 Medicare Act | [ ]340 Marine | [ ]370 Other Fraud | [ ]650 Airline Regs | [ ]830 Patent | [ ]470 Racketeer Influenced and Corrupt Organizations |
| [ ]152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ]345 Marine Product Liability | [ ]371 Truth in Lending | [ ]660 Occupational Safety/Health | [ ]840 Trademark | [ ]810 Selective Service |
| [ ]153 Recovery of Overpayment of Veteran's Benefits | [ ]350 Motor Vehicle | [ ]380 Other Personal Property Damage | [ ]690 Other | **SOCIAL SECURITY** | [ ]850 Securities/Commodities/Exchange |
| [ ]160 Stockholders Suits | [ ]355 Motor Vehicle Product Liability | [ ]385 Property Damage Product Liability | **LABOR** | [ ]861 HIA (1395ff) | [ ]875 Customer Challenge 12 USC 3410 |
| [ ]190 Other Contract | [ ]360 Other Personal Injury | | [ ]710 Fair Labor Standards Act | [ ]862 Black Lung (923) | [ ]891 Agricultural Acts |
| [ ]195 Contract Product Liability | | | [ ]720 Labor/Mgmt Relations | [ ]863 DIWC/DIWW (405(g)) | [ ]892 Economic Stabilization Act |
| [ ]196 Franchise | | | [ ]730 Labor/Mgmt Reporting & Disclosure Act | [ ]864 SSID Title XVI | [ ]893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ]740 Railway Labor Act | [ ]865 RSI (405(g)) | [ ]894 Energy Allocation Act |
| [ ]210 Land Condemnation | [ ]441 Voting | [ ]510 Motion to Vacate Sentence Habeas Corpus: | [ ]790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ]895 Freedom of Information Act |
| [ ]220 Foreclosure | [ ]442 Employment | [ ]530 General | [ ]791 Empl.Ret. Inc. Security Act | [ ]870 Taxes (US Plaintiff or Defendant) | [ ]900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing | [ ]535 Death Penalty | | [ ]871 IRS - Third Party 26 USC 7609 | [ ]950 Constitutionality of State Statutes |
| [ ]240 Tort to Land | [ ]444 Welfare | [ ]540 Mandamus & Other | | | [ ]890 Other Statutory Actions |
| [ ]245 Tort Product Liability | [ ]440 Other Civil Rights | [ ]550 Civil Rights | | | |
| [ ]290 All Other Real Property | [ ]445 Amer w/ disab - Empl | [X]555 Prison Condition | | | |
| | [ ]446 Amer w/ disab - Other | | | | |
| | [ ]480 Consumer Credit | | | | |
| | [ ]490 Cable/Satellite TV | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 5,000   [ ] CHECK YES only if demanded in complaint.
JURY DEMAND: [X] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)   [ ] SAN FRANCISCO/OAKLAND   [X] SAN JOSE

DATE 2-11-08   SIGNATURE OF ATTORNEY OF RECORD

RMW

**CV 08    1091**

(PR)

Dear Court Clerk,    2-12-08
Can You please Mail
me Back a filed Copy w/File
Number

Thank You



RECEIVED

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA