FILED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR) RMW

Carl Eugene Harris
          Plaintiff,

vs.

E. Flores
          Defendant.

CV 08 1091

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Carl E. Harris, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____   Net: _____N/A_____

Employer: _____N/A_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ N/A _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                             Yes ___ No ✓
14    d.   Pensions, annuities, or                    Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____
23  3.   Are you married?                             Yes ___ No ✓
24  Spouse's Full Name: _____ N/A _____
25  Spouse's Place of Employment: _____ N/A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _____ N/A _____   Net $ _____ N/A _____
28  4.   a.   List amount you contribute to your spouse's support:$ ____ N/A ____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5      N/A
6
7  5.    Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
9  6.    Do you own an automobile?    Yes ____ No ✓
10 Make N/A   Year N/A   Model N/A
11 Is it financed? Yes N/A No N/A If so, Total due: $ N/A
12 Monthly Payment: $ N/A
13 7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: N/A
15
16 Present balance(s): $ N/A
17 Do you own any cash? Yes ____ No ✓ Amount: $ N/A
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20
21 8.    What are your monthly expenses?
22 Rent: $ N/A   Utilities: N/A
23 Food: $ N/A   Clothing: N/A
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26
27 N/A     $ N/A     $ N/A
28                                               9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do <u>not</u> include account numbers.)
3 | _____ N/A _____
4 | _____

5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?    Yes ___    No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____ N/A _____
10 | _____

11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15 |
16 | 2-11-08                              [signature]
17 |   DATE                            SIGNATURE OF APPLICANT

1
2                                          Case Number: _____
3                                          DOD 877
4
5
6
7
8                              CERTIFICATE OF FUNDS
9                                        IN
10                            PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of  CARL EUGENE HARRIS  for the last six months
14   at
15                                  [prisoner name]
16    SCC  DEPT  OF  CORRECTION  where (s)he is confined.
17                               [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $  33.88  and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $  8.32  .
21
22   Dated: 2/6/08                           _____
23                                           [Authorized officer of the institution]
24                                           Accountant IV
25
26
27
28

-5-

```
                              SANTA CLARA COUNTY DOC
              ====================================================
                            Resident Account Summary
                      Tuesday, February 05, 2008  @10:26

              ================================================================
For PFN: DOD877    HARRIS, CARL EUGENE
--------------------------------------------------------------------------------
   Date      Transaction Description           Amount    Balance    Owed    Held    Reference
--------------------------------------------------------------------------------
02/05/2008   INP         OID:100748088-ComisaryPur    1.10     0.00    17.43    0.00
01/29/2008   INP         OID:100745162-ComisaryPur    1.10     0.00    16.33    0.00
01/15/2008   INP         OID:100739250-ComisaryPur    2.30     0.00    15.23    0.00
01/08/2008   INP         OID:100736782-ComisaryPur    1.10     0.00    12.93    0.00
12/31/2007   INP         OID:100733690-ComisaryPur    2.30     0.00    11.83    0.00
12/24/2007   INP         OID:100731082-ComisaryPur    2.30     0.00     9.53    0.00
12/18/2007   INP         OID:100728418-ComisaryPur    3.00     0.00     7.23    0.00
12/11/2007   INP         OID:100725343-ComisaryPur    1.10     0.00     4.23    0.00
12/04/2007   INP         OID:100722506-ComisaryPur    1.10     0.00     3.13    0.00
11/27/2007   <INP>       OID:100719345-ComisaryPur   -0.17     0.00     2.03    0.00
11/27/2007   INP         OID:100719345-ComisaryPur    2.20     0.17     2.20    0.00
11/13/2007   EPR         OID:100713391-ComisaryPur   -3.88     0.17     0.00    0.00
11/06/2007   EPR         OID:100710343-ComisaryPur  -29.23     4.05     0.00    0.00
10/23/2007   EPR         OID:100704164-ComisaryPur  -86.93    33.28     0.00    0.00
10/18/2007   DEPMO       890815907                  120.00   120.21     0.00    0.00
10/16/2007   EPR         OID:100701106-ComisaryPur  -15.30     0.21     0.00    0.00
10/09/2007   DEPCA       INITIAL DEPOSIT - REINSTA   15.51    15.51     0.00    0.00
03/02/2003   WARRANT INM RELEASE OR CLOSEOUT TRANS -107.08     0.00     0.00    0.00
02/27/2003   DEPMO       05208166631                100.00   107.08     0.00    0.00
02/25/2003   EPR         OID:100036278-ComisaryPur   -5.80     7.08     0.00    0.00
02/18/2003   EPR         OID:100033760-ComisaryPur  -33.68    12.88     0.00    0.00
02/15/2003   <INP>       Payment for INP on 2003-0   -1.30    46.56     0.00    0.00
02/15/2003   <INP>       Payment for INP on 2003-0   -2.14    47.86     1.30    0.00
02/15/2003   DEPMO       05209176431                 50.00    50.00     3.44    0.00
01/21/2003   INP         OID:100023470-ComisaryPur    1.30     0.00     3.44    0.00
01/14/2003   <INP>       OID:100021229-ComisaryPur   -0.36     0.00     2.14    0.00
01/14/2003   INP         OID:100021229-ComisaryPur    2.50     0.36     2.50    0.00
11/26/2002   EPR         OID:100003490-ComisaryPur   -3.00     0.36     0.00    0.00
11/19/2002   EPR         OID:100000985-ComisaryPur  -41.50     3.36     0.00    0.00
11/15/2002   BAL FWD     BALANCE FORWARD             44.86    44.86     0.00    0.00
```