***E-FILED - 12/22/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EUGENE HARRIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHIEF E. FLORES,<br><br>　　　　Defendant. | No. C 08-1091 RMW (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket Nos. 10, 15, 19) |

　　　Plaintiff filed a pro se civil rights action under 42 U.S.C. § 1983. Currently pending are also defendant's motion for extension of time (docket no. 15) and defendant's motion for summary judgment (docket no. 10). However, plaintiff has moved to voluntarily dismiss this action, rendering the motions moot. Defendant's pending motions are therefore DENIED as moot.

　　　Plaintiff's motion to withdraw or dismiss the complaint is GRANTED (docket no. 19).

　　　The clerk shall terminate all pending motions and close the file.

　　　IT IS SO ORDERED.

DATED: __12/22/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge