***E-FILED - 12/22/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EUGENE HARRIS, | No. C 08-1091 RMW (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| CHIEF E. FLORES, | |
| Defendant. | |

The court has dismissed this action without prejudice based upon plaintiff's request to voluntarily dismiss the complaint. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __12/22/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Harris091jud.wpd          1